UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Kimberly B. Lee,                           :
        Debtor(s)                                 :   Chapter      13
                                                  :   Case No.    13-11502-jkf

**DEBTOR'S RESPONSE TO MOTION OF U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR THE PHFA FOR RELIEF FROM THE AUTOMATIC STAY UNDER § 362**

To the Honorable Jean K. FitzSimon:

1-4.   Admitted.

5.   Admitted in part, denied in part.  It is admitted that the continuation of foreclosure proceedings were stayed by the failing of the instant chapter 13 case. All other averments are denied.

6.   Admitted.  It is admitted that the debtor is delinquent in making her post-petition maintenance payments under the terms of her confirmed plan and the mortgage note.

7.   Denied.  It is specifically denied that under ¶ 8 of the FHA mortgage, and the federal law it refers to, that movant may seek the $850.00 in fees and $176.00 in legal costs from the Debtor and without specific order of this Court.  HUD Guidelines only allow attorney fees for actions other than foreclosure, including bankruptcy related actions, where permitted by the security instrument, actually incurred, and **in defense of any suit or proceeding** wherein the mortgagee shall be made a party. 24 C.F.R. 203.552(a)(13); *Mortgagee Letter 1993-30 (September 28, 1993)*.  Because s motion for

relief is not "in defense of any suit or legal proceeding," Movant may file a claim with HUD regarding the fees, but may not collect them from the debtor.

8. Denied. While it its admitted that debtor is substantially behind on post-petition mortgage payments, debtor denies that the $27,712.72 figure is accurate and that fees and costs are owed pursuant to her response to ¶ 7 of the motion.

9. Admitted.

10. Denied. The averments of ¶ 10 of the motion are denied as conclusions of law.

11. Denied. As set forth in her responses to the averments of ¶¶ 7-8 of the motion, Movant is specifically limited in the fees and costs that may be collected from debtor under ¶ 8 of the mortgage and supporting and explanatory federal regulations.

**WHEREFORE**, the Debtor requests that this Court deny the motion without prejudice and/or enter any other relief that is just and proper as the Debtor's property is necessary to her reorganization.

Date:  October 17, 2016              Signed:  /s/ Devon E. Sanders
                                              Attorney for the Debtor(s)

                                     Devon E. Sanders, Esquire
                                     Community Legal Services, Inc.
                                     North Philadelphia Law Center
                                     1410 W. Erie Avenue
                                     Philadelphia, PA 19140
                                     Tel.: (215) 227-2419
                                     Fax: (215) 227-2435

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Kimberly B. Lee,               :
        Debtor(s)                       : Chapter    13
                                        : Case No.   13-11502-jkf

**ORDER**

It is **ORDERED** that the Motion of U.S. Bank National Association, Trustee for the PHFA for Relief from the Automatic Stay under § 362 is **DENIED**.


Date:                                     _____
                                    HON. JEAN K. FITZSIMON
                                    U. S. BANKRUPTCY JUDGE

cc:

Devon E. Sanders, Esquire
Community Legal Services, Inc.
North Philadelphia Law Center
1410 W. Erie Avenue
Philadelphia, PA 19140

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

William C. Miller, Esq.
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA  19107

Kimberly B. Lee
1946 W. Godfrey Avenue
Philadelphia, PA 19141

Joshua I. Goldman, Esq.
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Kimberly B. Lee,                          :
         Debtor(s)                                 : Chapter    13
                                                   : Case No.   13-11502-jkf

## CERTIFICATION OF SERVICE

I, Devon E. Sanders, Counsel for Debtor(s) herein, certify that I served a copy of

Debtor's Response to Motion of U.S. Bank National Association, Trustee for the PHFA

for Relief, by electronic mail, on the date below to the following parties:

| | |
|---|---|
| William C. Miller, Esq.<br>Chapter 13 Trustee<br>1234 Market Street, Suite 1813<br>Philadelphia, PA  19107 | Office of the U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA  19107 |
| Kimberly B. Lee<br>1946 W. Godfrey Avenue<br>Philadelphia, PA 19141 | Joshua I. Goldman, Esq.<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 |

Date:  October 17, 2016            Signed:  /s/ Devon E. Sanders
                                            Attorney for the Debtor(s)

                                            Devon E. Sanders, Esquire
                                            Community Legal Services, Inc.
                                            North Philadelphia Law Center
                                            1410 W. Erie Avenue
                                            Philadelphia, PA 19140
                                            Tel.: (215) 227-2419
                                            Fax: (215) 227-24