# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                      Chapter 13

                                      Bankruptcy No. 13-11502-JKF

      KIMBERLY B. LEE

      1946 W. GODFREY AVENUE

      PHILADELPHIA, PA 19141

             Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

      KIMBERLY B. LEE

      1946 W. GODFREY AVENUE

      PHILADELPHIA, PA 19141

Counsel for debtor(s), by electronic notice only.

      DEVON E SANDERS
      1410 W ERIE AV

      PHILADELPHIA, PA 19140-

                                   /S/ William C. Miller

Date: 10/24/2016

                                   _____

                                   William C. Miller, Esquire
                                   Chapter 13 Standing Trustee