# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:    Kimberly B. Lee,           :
          Debtor(s)                  :   Chapter    13
                                     :   Case No.   13-11502-jkf

## DEBTOR'S PRAECIPE CONVERTING CASE FROM
## CHAPTER 13 TO CHAPTER 7

To the Clerk of the U.S. Bankruptcy Court:

Pursuant to 11 U.S.C. § 1307(a) and Local Rule 1017-1(a), the above-named debtor is providing notice that this case is being converted from a case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code, on the grounds set forth below:

1. On February 21, 2013, the above-named debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. The principal purpose for reorganization, curing the mortgage arrears, was obviated by the order granting U.S. Bank National Association Trustee relief entered November 16, 2016.

3. As a result, the case is being converted to resolve the remaining unsecured claims incurred pre-petition and post-petition to the date of this conversion.

4. This case has not been previously converted.


Date:  November 30, 2016            Signed:  /s/ Devon E. Sanders
                                             Attorney for the Debtor(s)

                                             Devon E. Sanders, Esquire
                                             Community Legal Services, Inc.
                                             North Philadelphia Law Center
                                             1410 W. Erie Avenue
                                             Philadelphia, PA 19140
                                             Tel.: (215) 227-2419
                                             Fax: (215) 227-2435