# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Kimberly B. Lee,  :
        Debtor(s)  : Chapter 13
          : Case No. 13-11502-jkf

## CERTIFICATE OF SERVICE

I, Devon E. Sanders, counsel for Debtor(s) herein, certify that I served a copy of the Debtor's Praecipe Converting Case From Chapter 13 to Chapter 7, with the Electronic Filing System, and have received a "Notice of Electronic Filing" confirming that the following parties have received service and/or notice by reason of their registration in compliance with paragraph 2(c) and (d) of ECF Standing Order 03-3005 and as amended by ECF Standing Order 04-3009 on the date set forth below:

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

William C. Miller, Esq.
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA  19107


Date:  November 30, 2016          Signed:  /s/ Devon E. Sanders
                                                          Attorney for the Debtor(s)

                                                          Devon E. Sanders, Esquire
                                                          Community Legal Services, Inc.
                                                          North Philadelphia Law Center
                                                          1410 W. Erie Avenue
                                                          Philadelphia, PA 19140
                                                          Tel.: (215) 227-2419
                                                          Fax: (215) 227-2435