United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-11502-jkf
Kimberly B. Lee                                                       Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2              Date Rcvd: Dec 16, 2016
                              Form ID: 309A           Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.
```
db            +Kimberly B. Lee,    1946 W. Godfrey Avenue,    Philadelphia, PA 19141-1302
12976726       A.Bob's Auto & Towing Center,    222o Orthodox Street,    Philadelphia, PA 19137
12976727      +ADT Security Systems Inc.,    One Town Center Road,    Boca Raton, FL 33486-1039
13120022      +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                El Segundo, CA 90245-3504
12976734      +Comenity Bank/Avenue,    PO Box 182025,    Columbus, OH 43218-2025
12976735      +Comenity Bank/Lane Bryant,    PO Box 182025,    Columbus, OH 43218-2025
12976740      +KML Law Group, P.C.,    Suite 5000,    BNY Independence Center,    701 Market Street,
                Philadelphia, PA 19106-1541
12976741       LVNV Funding, LLC,    625 Pilot Rd # 3,    Las Vegas, NV 89119-4485
13015561      +PHILA GAS WORKS,    800 W MONTGOMERY AVE,3F,    PHILADELPHIA, PA 19122-2898,
                ATTN:BANKRUPTCY UNIT
12976745      +Rashad Campbell,    5935 Colgate Street,    Philadelphia, PA 19120-1205
12976746      +The Home Depot USA, Inc./Citibank NA,    PO Box 183175,    Columbus, OH 43218-3175
13180109      +U.S. Bank National Association, Trustee for the Pe,    211 North Front Street,
                Harrisburg, PA 17101-1406,    Attn : ALSV/ Anne
13145877      +U.S. Bank, N.A., as Trustee for PHFA,    211 N. Front Street,    P.O Box 15057,
                Harrisburg PA 17105-5057
12976747      +U.S. Bank, N.A., as trustee for,    Pennsylvania Housing Finance Agency,
                211 North Front Street,    PO Box 15057,    Harrisburg, PA 17105-5057
13005407      +U.S. Department of HUD,    c/o Novad Management Consulting LLC,
                2401 N. W. 23rd Street, ste 1A1,    Oklahoma City, OK 73107-2448
12976748      +United States Department of Education,    Bankruptcy Section,    50 Beale Street, Room 9800,
                San Francisco, CA 94105-1813
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: dsanders@clsphila.org Dec 17 2016 01:55:03      DEVON E. SANDERS,
                Community Legal Services, Inc.,    North Philadelphia Law Center,    1410 W. Erie Avenue,
                Philadelphia, PA  19140
tr             EDI: BTPDERSHAW.COM Dec 17 2016 01:38:00      TERRY P. DERSHAW,    Dershaw Law Offices,
                P.O. Box 556,    Warminster, PA  18974-0632
smg            E-mail/Text: bankruptcy@phila.gov Dec 17 2016 01:56:52      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 17 2016 01:55:36
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 17 2016 01:56:46      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 17 2016 01:56:24      United States Trustee,
                Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
12976728      +EDI: AFNIRECOVERY.COM Dec 17 2016 01:38:00      AFNI, Inc.,    PO Box 3097,
                Bloomington, IL 61702-3097
13045296      +EDI: AFNIRECOVERY.COM Dec 17 2016 01:38:00      Afni, Inc,    PO Box 3667,
                Bloomington, IL 61702-3667
13078624      +EDI: ACCE.COM Dec 17 2016 01:38:00      Asset Acceptance LLC,    PO Box 2036,
                Warren MI 48090-2036
12976729      +EDI: ACCE.COM Dec 17 2016 01:38:00      Asset Acceptance LLC/Ashley,    15 E. Centre Street,
                Woodbury, NJ 08096-2415
12976730      +EDI: ACCE.COM Dec 17 2016 01:38:00      Asset Acceptance LLC/Lane Bryant,    15 E. Centre Street,
                Woodbury, NJ 08096-2415
12976731      +EDI: TSYS2.COM Dec 17 2016 01:38:00      Barclay's Bank of Delaware,    125 S. West Street,
                Wilmington, DE 19801-5014
13077493       E-mail/Text: bankruptcy@phila.gov Dec 17 2016 01:56:52      City of Philadelphia, Law Department,
                Tax Unit, Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
12976732       EDI: CAPITALONE.COM Dec 17 2016 01:38:00      Capital One,    Attn: General Correspondence,
                PO Box 30285,    Salt Lake City, UT 84130-0285
13011370       EDI: CAPITALONE.COM Dec 17 2016 01:38:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
12976733      +E-mail/Text: equiles@philapark.org Dec 17 2016 01:57:48      City of Philadelphia,
                Parking Violations Branch,    PO Box 41818,    Philadelphia, PA 19101-1818
12976736       EDI: WFNNB.COM Dec 17 2016 01:38:00      Comenity Bank/Victoria Secret,    PO Box 182273,
                Columbus, OH 43218-2273
12976737       EDI: CONVERGENT.COM Dec 17 2016 01:38:00      Convergent Outsourcing, Inc.,    800 SW 39th Street,
                Renton, WA 98057-4975
12976738       EDI: TSYS2.COM Dec 17 2016 01:38:00      DSNB Macys,    9111 Duke Blvd.,    Mason, OH 45040-8999
13016210      +EDI: TSYS2.COM Dec 17 2016 01:38:00      Department Stores National Bank/Macys,
                Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
12976739       EDI: RMSC.COM Dec 17 2016 01:38:00      GE Capital Retail Bank/Old Navy,    P.O.BOX 960061,
                Orlando, FL 32896-0061
13120161       EDI: RESURGENT.COM Dec 17 2016 01:38:00      LVNV Funding, LLC its successors and assigns as,
                assignee of HSBC Private Label,    Acquisition Corporation (USA),    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0313-2          User: Lisa               Page 2 of 2              Date Rcvd: Dec 16, 2016
                              Form ID: 309A            Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12976742       +EDI: MID8.COM Dec 17 2016 01:38:00      Midland Funding LLC,    8875 Aero Drive,   Suite 200,
                 San Diego, CA 92123-2255
12976743       +E-mail/Text: egssupportservices@egscorp.com Dec 17 2016 01:56:35
                 NCO Financial Sysytems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
13043043       +EDI: OPHSUBSID.COM Dec 17 2016 01:38:00      OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13099200       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 17 2016 01:55:27       PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13072448        EDI: PRA.COM Dec 17 2016 01:38:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
12976744       +EDI: PRA.COM Dec 17 2016 01:38:00      Portfolio Recovery & Affliates,
                 120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
12985490        EDI: RECOVERYCORP.COM Dec 17 2016 01:38:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 29

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12999438       ##+Rjm Acquisitions Llc,   575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association Trustee for the
               Pennsylvania Housing Finance Agency agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    Pennsylvania Housing Finance Agency
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              DEVON E. SANDERS    on behalf of Debtor Kimberly B. Lee dsanders@clsphila.org
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association Trustee for the
               Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association Trustee for the
               Pennsylvania Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com
              RAMESH   SINGH     claims@recoverycorp.com
              TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Kimberly B. Lee** | Social Security number or ITIN | **xxx–xx–7525** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter | **13   2/21/13** |
| Case number: | **13–11502–jkf** | Date case converted to chapter | **7   12/1/16** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Kimberly B. Lee | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1946 W. Godfrey Avenue<br>Philadelphia, PA 19141 | |
| 4. | **Debtor's attorney**<br>Name and address | DEVON E. SANDERS<br>Community Legal Services, Inc.<br>North Philadelphia Law Center<br>1410 W. Erie Avenue<br>Philadelphia, PA 19140 | Contact phone (215) 227–2400<br>Email: dsanders@clsphila.org |
| 5. | **Bankruptcy trustee**<br>Name and address | TERRY P. DERSHAW<br>Dershaw Law Offices<br>P.O. Box 556<br>Warminster, PA 18974–0632 | Contact phone (484) 897–0341<br>Email: td@ix.netcom.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours: <u>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.</u><br><br>Contact phone (215)408–2800<br><br>Date: 12/16/16 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 11, 2017 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the U.S. Trustee, Meeting Room, Suite 501, 833 Chestnut Street, Philadelphia, PA 19107** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/12/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                      page **2**