UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re:  Kimberly Lee, Debtor | Case No. 13-11502-jkf<br>Chapter 7 |
|---|---|

### NOTICE OF APPEARANCE ON BEHALF OF DEBTOR

To the Honorable Jean K. FitzSimon:

    Kindly enter my appearance on behalf of the Debtor, Kimberly Lee, in the above-captioned case.

    Papers may be served at the address set forth below.

Date: 1/4/2017

_____
Michael R. Froehlich, I.D. No. 92767
Community Legal Services, Inc.
1410 W. Erie Ave.
Philadelphia, PA  19140
(215) 227-4733

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Kimberly Lee, Debtor | Case No. 13-11502-jkf<br>Chapter 7 |

### CERTIFICATE OF SERVICE

I, Michael R. Froehlich, Counsel for Debtor herein, certify that I served a copy of the Notice of Appearance on Behalf of Debtor, by first class mail, postage prepaid, or by electronic means, on the date below to the following parties:

Terry P. Dershaw, Trustee
Dershaw Law Offices
P.O. Box 556
Warminster, PA 18974-0632

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: 1/4/2017

Michael R. Froehlich, I.D. No. 92767
Community Legal Services, Inc.
1410 W. Erie Ave.
Philadelphia, PA 19140
(215) 227-4733