**B6J (Official Form 6J) (12/07)**

In re  **Kimberly B. Lee**                                                                                    Case No.  **13-11502**
                                                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | **764.00** |
|    a. Are real estate taxes included? | Yes **X** | No ___ | |
|    b. Is property insurance included? | Yes **X** | No ___ | |
| 2. Utilities:   a. Electricity and heating fuel | | $ | **75.00** |
|                 b. Water and sewer | | $ | **75.00** |
|                 c. Telephone | | $ | **0.00** |
|                 d. Other **See Detailed Expense Attachment** | | $ | **239.00** |
| 3. Home maintenance (repairs and upkeep) | | $ | **25.00** |
| 4. Food | | $ | **200.00** |
| 5. Clothing | | $ | **50.00** |
| 6. Laundry and dry cleaning | | $ | **50.00** |
| 7. Medical and dental expenses | | $ | **0.00** |
| 8. Transportation (not including car payments) | | $ | **120.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | **45.00** |
| 10. Charitable contributions | | $ | **0.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|                 a. Homeowner's or renter's | | $ | **0.00** |
|                 b. Life | | $ | **0.00** |
|                 c. Health | | $ | **0.00** |
|                 d. Auto | | $ | **150.00** |
|                 e. Other **Homeowner's insurance on 1629 N. Felton St.** | | $ | **80.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
|                 (Specify)   **property taxes on 1629 N. Felton St.** | | $ | **107.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|                 a. Auto | | $ | **350.00** |
|                 b. Other | | $ | **0.00** |
|                 c. Other | | $ | **0.00** |
| 14. Alimony, maintenance, and support paid to others | | $ | **0.00** |
| 15. Payments for support of additional dependents not living at your home | | $ | **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | **0.00** |
| 17. Other | | $ | **0.00** |
|      Other | | $ | **0.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | **2,330.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | **2,345.00** |
| b. | Average monthly expenses from Line 18 above | $ | **2,330.00** |
| c. | Monthly net income (a. minus b.) | $ | **15.00** |

**B6J (Official Form 6J) (12/07)**

In re  **Kimberly B. Lee**                                                                                          Case No.  **13-11502**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| **Gas** | $ **60.00** |
| **Oil** | $ **65.00** |
| **Phone, Cable Internet Bundle** | $ **114.00** |
| **Total Other Utility Expenditures** | $ **239.00** |