Certificate Number: 03461-PAE-DE-028932250

Bankruptcy Case Number: 13-11502



03461-PAE-DE-028932250

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 16, 2017, at 4:32 o'clock PM EDT, Kimberly Lee completed a course on personal financial management given by internet by Consumer Credit Counseling Service of Delaware Valley dba Clarifi , a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 16, 2017              By:    /s/Nicole Evans

                                    Name:  Nicole Evans

                                    Title: Credit Counselor