United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kimberly B. Lee  
    Debtor

Case No. 13-11502-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Mar 23, 2017  
                   Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2017.  
db         +Kimberly B. Lee,    1946 W. Godfrey Avenue,    Philadelphia, PA 19141-1302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2017 at the address(es) listed below:

         ANDREW F GORNALL    on behalf of Creditor    Pennsylvania Housing Finance Agency agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association Trustee for the Pennsylvania Housing Finance Agency agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         DEVON E. SANDERS    on behalf of Debtor Kimberly B. Lee dsanders@clsphila.org  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association Trustee for the Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com  
         LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association Trustee for the Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com  
         MICHAEL R. FROEHLICH    on behalf of Debtor Kimberly B. Lee MFroehlich@clsphila.org  
         RAMESH SINGH    claims@recoverycorp.com  
         TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com  
         THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association Trustee for the Pennsylvania Housing Finance Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                  TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                        : Chapter 7

Kimberly B. Lee                                                                  : Case No. 13–11502–jkf

       Debtor(s)

***ORDER***
_____

    AND NOW, this day , March 23, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

129
Form 195