United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 13-11502-jkf
Kimberly B. Lee                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR              Page 1 of 2              Date Rcvd: Mar 23, 2017
                            Form ID: 318              Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2017.
```
db            +Kimberly B. Lee,    1946 W. Godfrey Avenue,    Philadelphia, PA 19141-1302
12976726       A.Bob's Auto & Towing Center,    222o Orthodox Street,    Philadelphia, PA 19137
12976727      +ADT Security Systems Inc.,    One Town Center Road,    Boca Raton, FL 33486-1039
13120022      +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                El Segundo, CA 90245-3504
12976734      +Comenity Bank/Avenue,    PO Box 182025,    Columbus, OH 43218-2025
12976735      +Comenity Bank/Lane Bryant,    PO Box 182025,    Columbus, OH 43218-2025
12976740      +KML Law Group, P.C.,    Suite 5000,    BNY Independence Center,    701 Market Street,
                Philadelphia, PA 19106-1541
12976741       LVNV Funding, LLC,    625 Pilot Rd # 3,    Las Vegas, NV 89119-4485
13015561      +PHILA GAS WORKS,    800 W MONTGOMERY AVE,3F,    PHILADELPHIA, PA 19122-2898,
                ATTN:BANKRUPTCY UNIT
12976745      +Rashad Campbell,    5935 Colgate Street,    Philadelphia, PA 19120-1205
12976746      +The Home Depot USA, Inc./Citibank NA,    PO Box 183175,    Columbus, OH 43218-3175
13839960      +U.S. Bank NA,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                Phila., PA 19106-1541
13180109      +U.S. Bank National Association, Trustee for the Pe,    211 North Front Street,
                Harrisburg, PA 17101-1406,    Attn : ALSV/ Anne
13145877      +U.S. Bank, N.A., as Trustee for PHFA,    211 N. Front Street,    P.O Box 15057,
                Harrisburg PA 17105-5057
12976747      +U.S. Bank, N.A., as trustee for,    Pennsylvania Housing Finance Agency,
                211 North Front Street,    PO Box 15057,    Harrisburg, PA 17105-5057
13005407      +U.S. Department of HUD,    c/o Novad Management Consulting LLC,
                2401 N. W. 23rd Street, ste 1A1,    Oklahoma City, OK 73107-2448
12976748      +United States Department of Education,    Bankruptcy Section,    50 Beale Street, Room 9800,
                San Francisco, CA 94105-1813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             EDI: BTPDERSHAW.COM Mar 24 2017 01:23:00      TERRY P. DERSHAW,    Dershaw Law Offices,
                P.O. Box 556,    Warminster, PA  18974-0632
smg            E-mail/Text: bankruptcy@phila.gov Mar 24 2017 01:36:10      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 24 2017 01:35:46
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 24 2017 01:36:07      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12976728      +EDI: AFNIRECOVERY.COM Mar 24 2017 01:23:00      AFNI, Inc.,    PO Box 3097,
                Bloomington, IL 61702-3097
13045296      +EDI: AFNIRECOVERY.COM Mar 24 2017 01:23:00      Afni, Inc,    PO Box 3667,
                Bloomington, IL 61702-3667
13078624      +EDI: ACCE.COM Mar 24 2017 01:23:00      Asset Acceptance LLC,    PO Box 2036,
                Warren MI 48090-2036
12976729      +EDI: ACCE.COM Mar 24 2017 01:23:00      Asset Acceptance LLC/Ashley,    15 E. Centre Street,
                Woodbury, NJ 08096-2415
12976730      +EDI: ACCE.COM Mar 24 2017 01:23:00      Asset Acceptance LLC/Lane Bryant,    15 E. Centre Street,
                Woodbury, NJ 08096-2415
12976731      +EDI: TSYS2.COM Mar 24 2017 01:23:00      Barclay's Bank of Delaware,    125 S. West Street,
                Wilmington, DE 19801-5014
13077493       E-mail/Text: bankruptcy@phila.gov Mar 24 2017 01:36:10      City of Philadelphia, Law Department,
                Tax Unit, Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
12976732       EDI: CAPITALONE.COM Mar 24 2017 01:23:00      Capital One,    Attn: General Correspondence,
                PO Box 30285,    Salt Lake City, UT 84130-0285
13011370       EDI: CAPITALONE.COM Mar 24 2017 01:23:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
12976733      +E-mail/Text: equiles@philapark.org Mar 24 2017 01:36:24      City of Philadelphia,
                Parking Violations Branch,    PO Box 41818,    Philadelphia, PA 19101-1818
12976736       EDI: WFNNB.COM Mar 24 2017 01:23:00      Comenity Bank/Victoria Secret,    PO Box 182273,
                Columbus, OH 43218-2273
12976737       EDI: CONVERGENT.COM Mar 24 2017 01:23:00      Convergent Outsourcing, Inc.,    800 SW 39th Street,
                Renton, WA 98057-4975
12976738       EDI: TSYS2.COM Mar 24 2017 01:23:00      DSNB Macys,    9111 Duke Blvd.,    Mason, OH 45040-8999
13016210      +EDI: TSYS2.COM Mar 24 2017 01:23:00      Department Stores National Bank/Macys,
                Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
12976739       EDI: RMSC.COM Mar 24 2017 01:23:00      GE Capital Retail Bank/Old Navy,    P.O.BOX 960061,
                Orlando, FL 32896-0061
13120161       EDI: RESURGENT.COM Mar 24 2017 01:23:00      LVNV Funding, LLC its successors and assigns as,
                assignee of HSBC Private Label,    Acquisition Corporation (USA),    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
12976742      +EDI: MID8.COM Mar 24 2017 01:23:00      Midland Funding LLC,    8875 Aero Drive,    Suite 200,
                San Diego, CA 92123-2255
```

```
District/off: 0313-2          User: DonnaR              Page 2 of 2                  Date Rcvd: Mar 23, 2017
                              Form ID: 318              Total Noticed: 44

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12976743       +E-mail/Text: egssupportservices@egscorp.com Mar 24 2017 01:36:00
                 NCO Financial Sysytems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
13043043       +EDI: OPHSUBSID.COM Mar 24 2017 01:23:00      OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
13099200       +E-mail/Text: bankruptcygroup@peco-energy.com Mar 24 2017 01:35:40       PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13072448        EDI: PRA.COM Mar 24 2017 01:23:00      Portfolio Recovery Associates, LLC,     POB 41067,
                 Norfolk VA 23541
12976744       +EDI: PRA.COM Mar 24 2017 01:23:00      Portfolio Recovery & Affliates,
                 120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
12985490        EDI: RECOVERYCORP.COM Mar 24 2017 01:23:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12999438     ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association Trustee for the
               Pennsylvania Housing Finance Agency agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    Pennsylvania Housing Finance Agency
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              DEVON E. SANDERS    on behalf of Debtor Kimberly B. Lee dsanders@clsphila.org
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association Trustee for the
               Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association Trustee for the
               Pennsylvania Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com
              MICHAEL R. FROEHLICH    on behalf of Debtor Kimberly B. Lee MFroehlich@clsphila.org
              RAMESH   SINGH    claims@recoverycorp.com
              TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association Trustee for the
               Pennsylvania Housing Finance Agency tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 11
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kimberly B. Lee** | Social Security number or ITIN  **xxx−xx−7525** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **13−11502−jkf**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kimberly B. Lee

3/23/17

**By the court:**   Jean K. FitzSimon
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318              **Order of Discharge**              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**